UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **15-20852**

18 U.S.C. § 371
18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(2)(B)

MOORE/ MCALILEY

UNITED STATES OF AMERICA

vs.

ANTHONY MAYCOCK and
ROSHEA ALEXIS REID,

**Defendants.**

_____/

FILED by _____ D.C.

NOV 0 3 2015

STEVEN M. LARIMORE
CLERK U. S. DIST CT
S. D. of FLA. – MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Commit an Offense Against the United States
### (18 U.S.C. § 371)

Beginning in on or around January 2015, the exact date being unknown to the Grand

Jury, and continuing through on or about August 7, 2015, in Miami-Dade County, in the

Southern District of Florida, and elsewhere, the defendants,

**ANTHONY MAYCOCK**
**and**
**ROSHEA ALEXIS REID,**

did knowingly and willfully, that is, with the intent to further the objects of the conspiracy,

combine, conspire, confederate, and agree with each other and with persons unknown to the

Grand Jury to commit an offense against the United States, that is:

(a)    to knowingly and willfully receive, conceal, and retain, with the intent to convert

to their own use and gain, money and a thing of value of the United States and of a department

and agency thereof, the aggregate amount of which exceeded $1,000, that is, a United States Treasury check number 403436479245 in the amount of $31,401, knowing such check to have been stolen, purloined, and converted, in violation of Title 18, United States Code, Section 641; and

(b)    to knowingly, and with the intent to defraud, falsely make, forge, counterfeit, and alter an obligation of the United States, that is, a United States Treasury check number 403436479245 in the amount of $31,401, in violation of Title 18, United States Code, Section 471.

## PURPOSE OF THE CONSPIRACY

It was the purpose of the conspiracy for the defendants and their co-conspirators to unjustly enrich themselves by altering United States Treasury check number 403436479245 in the amount of $31,401 in order to convert it to their own use and gain.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the purpose and object of this conspiracy included, among other things, the following:

1.    **ANTHONY MAYCOCK, ROSHEA ALEXIS REID**, and their co-conspirators obtained a United States Treasury check belonging to a business payee, without that business payee's knowledge and authority.

2.    **ANTHONY MAYCOCK, ROSHEA ALEXIS REID**, and their co-conspirators, incorporated in the State of Florida a corporate entity in the business payee's name.

3.    **ANTHONY MAYCOCK** and **ROSHEA ALEXIS REID** opened a bank account in the business payee's name.

2

4.      **ANTHONY MAYCOCK**, **ROSHEA ALEXIS REID**, and their co-conspirators altered the United States Treasury check and deposited it into the bank account opened in the business payee's name and controlled by them.

## OVERT ACTS

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in Miami-Dade County, in the Southern District of Florida, at least one of the following overt acts, among others:

1.      On or about April 21, 2015, **ANTHONY MAYCOCK, ROSHEA ALEXIS REID,** and an unknown co-conspirator incorporated in the State of Florida "Chattel Shipping and Investment Inc." and listed **MAYCOCK** as the registered agent and president and **REID** as the vice-president.

2.      On or about July 6, 2015, **ANTHONY MAYCOCK** and **ROSHEA ALEXIS REID** opened a Branch Banking and Trust Company ("BB&T") bank account ending in 5912 in the name of "Chattel Shipping and Investment Inc" at a BB&T branch in Miami, Florida.

3.      On or about August 7, 2015, an unknown co-conspirator deposited at a BB&T branch in Miami, Florida, into the BB&T bank account ending in 5912, a United States Treasury check number 403436479245 in the amount of $31,401, which had been altered to be made payable to **ANTHONY MAYCOCK** and **ROSHEA ALEXIS REID** and which had been endorsed in the names of **MAYCOCK** and **REID**.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### (Theft of Government Money)
### 18 U.S.C. § 641

On or about August 7, 2015, in Miami-Dade County, in the Southern District of Florida, the defendants,

### ANTHONY MAYCOCK
### and
### ROSHEA ALEXIS REID,

did knowingly and willfully receive, conceal, and retain, with intent to convert to their own use and gain, money and a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, a United States Department of Treasury check number 403436479245 in the amount of $31,401, knowing such check to have been stolen, purloined, and converted, in violation of Title 18, United States Code, Sections 641 and 2.

### FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which one or more of the defendants, **ANTHONY MAYCOCK** and **ROSHEA ALEXIS REID**, have an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 641, or conspiracy to commit the same, as alleged in this Indictment, the defendants, **ANTHONY MAYCOCK** and **ROSHEA ALEXIS REID**, shall forfeit to the United States all property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

3.      Upon conviction of a violation of Title 18, United States Code, Section 471, or conspiracy to commit the same, as alleged in this Indictment, the defendants, **ANTHONY**

4

**MAYCOCK** and **ROSHEA ALEXIS REID**, shall forfeit to the United States all property which constitutes or is derived from proceeds that the defendants obtained, directly or indirectly, as a result of such violation.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, made applicable by Title 18, United States Code, Section 982(b) and by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

DAYA NATHAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                CASE NO. _____

v.

ANTHONY MAYCOCK and
ROSHEA ALEXIS REID,

    Defendants.
_____ /    **Superseding Case Information:**

**Court Division**: (Select One)        New Defendant(s)        Yes _____ No _____
                                        Number of New Defendants   _____
__X__  Miami    _____  Key West         Total number of counts     _____
_____  FTL      _____  WPB      FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:    (Yes or No)   No
     List language and/or dialect _____

4.   This case will take   2-3   days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

     (Check only one)                      (Check only one)

I      0  to  5 days        __x__         Petty       _____
II     6  to 10 days        _____       Minor       _____
III    11 to 20 days        _____       Misdem.     _____
IV     21 to 60 days        _____       Felony      __x__
V      61 days and over     _____

6.   Has this case been previously filed in this District Court?   (Yes or No)   No
If yes:
Judge: _____      Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No)   No
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the District of _____
Is this a potential death penalty case? (Yes or No)   No

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes _____ No __x__

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    Yes _____ No __x__

_____
DAYA NATHAN
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 74392

*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   **ANTHONY MAYCOCK**

**Case No:**

Count #:1

Conspiracy to Commit an Offense Against the United States

Title 18, United States Code, Section 371

**\*Max. Penalties:** 5 Years' Imprisonment

Count #:2

Theft of Government Money

Title 18, United States Code, Section 641

**\*Max. Penalties:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   **ROSHEA ALEXIS REID**

**Case No:**

Count #:1

Conspiracy to Commit an Offense Against the United States

Title 18, United States Code, Section 371

**\*Max. Penalties:** 5 Years' Imprisonment

Count #:2

Theft of Government Money

Title 18, United States Code, Section 641

**\*Max. Penalties:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**