NS/md

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 15-20852-CR-MOORE

**UNITED STATES OF AMERICA,**

**vs.**

**ANTHONY MAYCOCK, et al.,**

       **Defendants.**

_____/

## NOTICE OF APPEARANCE

The United States of America hereby gives notice that Assistant United States Attorney Nalina Sombuntham has been assigned responsibility of matters related to criminal forfeiture in the above-captioned case.

                         Respectfully submitted,

                         WIFREDO A. FERRER
                         UNITED STATES ATTORNEY

             By:    s/ Nalina Sombuntham
                     Nalina Sombuntham
                     Assistant United States Attorney
                     Fla. Bar No. 96139
                     99 N.E. 4th Street, 7th Floor
                     Miami, Florida   33132-2111
                     Telephone:   (305) 961-9224
                     Facsimile:    (305) 536-7599
                     nalina.sombuntham2@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on December 18, 2015, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF.

s/ Nalina Sombuntham
Nalina Sombuntham
Assistant United States Attorney
