UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-20852-CR-MOORE

UNITED STATES OF AMERICA

vs.

ROSHEA ALEXIS REID,

      **Defendant.**
_____/

## FACTUAL PROFFER

Had this case proceeded to trial, the United States of America would have proven beyond a reasonable doubt that defendant Roshea Alexis REID knowingly and willfully participated in a scheme to commit an offense against the United States, in violation of Title 18, United States Code, Section 371.

From in or around January 2015 through on or about August 7, 2015, REID, co-defendant Anthony MAYCOCK, and unindicted co-conspirators participated in a scheme in which they obtained a Treasury check that did not belong to them, altered it, and converted it to their own use and gain.

On January 6, 2015, the United States Department of the Treasury issued a tax refund check, number 403436479245, to Chattel Shipping and Investment Inc. in the amount of $31,401 (the "Treasury Check"). The Treasury Check related to a business tax refund for Chattel Shipping and Investment Inc. and listed an address of 815 Ponce De Leon Boulevard, in Coral Gables, Florida.

On April 21, 2015, a business named "Chattel Shipping and Investment Inc" was incorporated in the State of Florida. The incorporation documents list MAYCOCK as the

registered agent and president and REID as the vice-president. The documents list the 815 Ponce De Leon Boulevard address, in Coral Gables, Florida as the business address and REID's residential address as the address of the registered agent, as well as the officers and directors.

On July 6, 2015, REID and MAYCOCK opened a Branch Banking and Trust Company ("BB&T") bank account ending in 5912 in the name of "Chattel Shipping and Investment Inc" at a BB&T branch in Miami, Florida. Surveillance footage from the BB&T branch shows REID and MAYCOCK opening the account. Both REID and MAYCOCK signed the account opening documents, and REID's residential address is listed on the account documents. REID was to receive financial compensation from an unindicted co-conspirator for her participation in the scheme.

On August 7, 2015, an unindicted co-conspirator deposited at a BB&T branch in Miami, Florida, into the BB&T bank account ending in 5912, the Treasury Check, which had been altered to be made payable to MAYCOCK and REID and which had been endorsed in the names of MAYCOCK and REID.

The information contained in this proffer is not a complete recitation of the facts and circumstances of this case, but the parties admit it is sufficient to prove Count 1 of the Indictment beyond a reasonable doubt.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 1/5/16            By: _____
                             DAYA NATHAN
                             ASSISTANT UNITED STATES ATTORNEY

Date: 1/5/16            By: _____
                             ABIGAIL BECKER
                             ATTORNEY FOR DEFENDANT

Date: 1/5/16            By: _____
                             ROSHEA ALEXIS REID
                             DEFENDANT